IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-03288-LTB

MICHAEL DOYLE,

    Applicant,

v.

WARDEN FALK,

    Respondent.

---

## JUDGMENT

---

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on December 28, 2012, it is hereby

    ORDERED that Judgment is entered in favor of Respondent and against Applicant.

    DATED at Denver, Colorado, this 28 day of December, 2012.

                        FOR THE COURT,

                        JEFFREY P. COLWELL, Clerk


                        By: s/ S. Grimm
                            Deputy Clerk